MARRICK v. FURNARI.

ON REHEARING.

This case is controlled by *Goldstick* v. *Thomas, ante*, 236.

Appeal from Wayne; Marschner (Adolph F.), J. Submitted October 9, 1925. (Docket No. 46.) Decided December 22, 1925. Resubmitted October 20, 1926. Former opinion vacated January 3, 1927.

Bill by Louis Marrick and others against Joseph Furnari and another to restrain the violation of building restrictions. From a decree dismissing the bill, plaintiffs appeal. Affirmed.

*Harold F. Coyle* (*George W. Moore*, of counsel), for plaintiffs.

*Groesbeck, Sempliner, Kelly & Baillie* and *Rhodes, Garvett & Frankel* (*A. C. Stellwagen* and *Frank D. Eaman*, of counsel), for defendants.

ON REHEARING.

CLARK, J. The facts are stated sufficiently in *Marrick* v. *Furnari*, 233 Mich. 146. The case is ruled by *Goldstick* v. *Thomas, ante*, 236.

Accordingly, the decree of the trial court, dismissing the bill, is affirmed, with costs to appellees.

SHARPE, C. J., and BIRD, SNOW, STEERE, WIEST, and McDONALD, JJ., concurred.

Justice FELLOWS took no part in this decision.